UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

A. JOSEPH RAETANO,

    Plaintiff,

v.                                              Case No. 8:09-cv-329-T-30MAP

ACROPOL FAMILY RESTAURANTS,
INC., PETER STAVRAKOS and
STELLA STAVRAKOS,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Voluntary Dismissal (Dkt. 11). Upon review and consideration, and in accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 30, 2009.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2009\09-cv-329.dismissal stip 11.wpd